HARRIS BROWN, *Petitioner,* v. BAY SHORE OPERATING COMPANY, a Florida corporation, *Respondent.*

146 So. 901.

Opinion filed March 23, 1933

*Leonard Epstein,* for Petitioner;

*Loftin, Stokes & Calkins,* for Respondent.

PER CURIAM.—This case is before us on a writ of *certiorari* to the judgment of the Circuit Court of Dade County.

The writ should be quashed on authority of the opinions and judgments in the following named cases:

Meyer v. Nator Holding Co., 102 Fla. 689, 136 Sou. 636, and Rifas v. Gross, et al., filed September 20th, 1932 and reported 143 Sou. 600.

It is so ordered.

DAVIS, C. J., and WHITFIELD, TERRELL, BROWN and BUFORD, J. J., concur.